UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20354-CR-GAYLES

**UNITED STATES OF AMERICA,**

v.

**EDDY UBALDO MARIN,**

    **Defendant.**
_____/

## NOTICE CONCERNING RESTITUTION

The United States of America respectfully files this notice to inform the Court that the Government is not seeking restitution in this matter. This position is based on the state of the evidence collected to date and the applicable law that applies to restitution in this case. As a result, the Government respectfully requests that the Court cancel the restitution hearing in this case.

Dated: December 11, 2018

    Respectfully submitted,

    ARIANA FAJARDO ORSHAN
    UNITED STATES ATTORNEY

By: *s/ Jerrob Duffy*
    Assistant United States Attorney
    Jerrob Duffy
    Court No. A5501106
    Jerrob.Duffy@usdoj.gov
    United States Attorney's Office
    Southern District of Florida
    99 Northeast 4th Street
    Miami, Florida 33132-2111
    Tel: (305) 961-9273
    Fax: (305) 530-6168

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by filing via the same via the Court's CM/ECF filing system.

                                     *s/ Jerrob Duffy*
                                     Assistant United States Attorney